UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS GORDON COOK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | ) Case No. CV 13-7704-JPR<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　For the reasons set forth in the accompanying Memorandum Opinion and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order reversing the Commissioner is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: January 13, 2015　　　　　　_____
　　　　　　　　　　　　　　　　　　JEAN ROSENBLUTH
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge